UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>           Plaintiffs,<br><br>v.<br><br>DOES 1 - 19,<br><br>           Defendants. | CIVIL ACTION No. *05 - 30123. MFN* |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendants.

### JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.    This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by the Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant uses an online service provider found in this District to access the Internet, which facilitated Defendants' infringing activities.

**PARTIES**

4.    Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

5.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

2

6.      Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

7.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

10.     Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

11.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12. Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

13. Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

14. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

15. Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

16. The true names and capacities of the Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her online service provider on the date and time at which the infringing activity of each Defendant was observed. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

17.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

18.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

19.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

20.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download, distribute to the public, and/or make available for distribution to others, certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available

for distribution to others.  In doing so, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others additional sound recordings owned by or exclusively licensed to the Plaintiffs or Plaintiffs' affiliate record labels.)

21.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A were accessible by each Defendant.

22.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

23.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

24.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and

shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.      For Plaintiffs' costs in this action.

4.      For Plaintiffs' reasonable attorneys' fees incurred herein.

5.      For such other and further relief as the Court may deem just and proper.

PRIORITY RECORDS LLC; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORP.; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; MAVERICK RECORDING CO.; UMG RECORDINGS, INC.; and INTERSCOPE RECORDS

By their attorneys,

DATED: _____5/26/05_____

By: _____

    Colin J. Zick (BBO No. 556538)
    Gabriel M. Helmer (BBO No. 652640)
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    Phone: (617) 832-1000
    Fax:    (617) 832-7000



**Exhibit A**

## Doe #1 (72.19.80.181 2005-04-27 21:40:22 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Outkast | Jazzy Belle | Atliens | 233-296 |
| Capitol Records, Inc. | Everclear | Annabella's Song | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| SONY BMG MUSIC ENTERTAINMEMT | Nas | I Gave You Power | It Was Written | 220-016 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Interscope Records | Limp Bizkit | 9 Teen 90 Nine | Significant Other | 279-827 |

**Exhibit A**

## Doe #2 (72.19.115.234 2005-04-30 13:48:47 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Eve 6 | Bang | Horrorscope | 285-024 |
| Virgin Records America, Inc. | Smashing Pumpkins | Soma | Siamese Dream | 169-635 |
| UMG Recordings, Inc. | Godsmack | Whatever | Godsmack | 241-879 |
| SONY BMG MUSIC ENTERTAINMEMT | Pearl Jam | Smile | No Code | 230-851 |

**Exhibit A**

## Doe #3 (128.119.108.227 2005-04-26 19:46:42 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tracy Chapman | At This Point In My Life | New Beginning | 188-489 |
| Maverick Recording Company | Michelle Branch | I'd Rather Be in Love | The Spirit Room | 303-732 |
| SONY BMG MUSIC ENTERTAINMEMT | Korn | Got The Life | Follow the Leader | 263-749 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 3 | The Wall | 14-787 |
| Capitol Records, Inc. | Norah Jones | The Long Day Is Over | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMEMT | Korn | Blind | Korn | 201-939 |

## Doe #4 (72.19.116.237 2005-04-25 11:01:12 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMEMT | Bruce Springsteen | Glory Days | Born In The U.S.A. | 55-647 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| BMG Music | Dave Matthews Band | Typical Situation | Under the Table and Dreaming | 285-688 |
| SONY BMG MUSIC ENTERTAINMEMT | Bruce Springsteen | Streets of Philadelphia | Greatest Hits | 198-948 |

**Exhibit A**

## Doe #5 (72.19.101.107 2005-04-25 13:13:03 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| BMG Music | Christina Aguilera | Come On Over (All I Want Is You) | Christina Aguilera | 274-004 |
| SONY BMG MUSIC ENTERTAINMEMT | Mariah Carey | Against All Odds | Rainbow | 276-595 |

**Exhibit A**

## Doe #6 (72.19.116.228 2005-04-25 20:04:42 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Arista Records LLC | Brooks & Dunn | Brand New Man | Brand New Man | 140-290 |
| Arista Records LLC | Alan Jackson | Gone Country | Who I Am | 202-090 |
| Arista Records LLC | Brooks & Dunn | Little Miss Honky Tonk | Waitin on Sundown | 202-210 |

**Exhibit A**

## Doe #7 (72.19.97.103 2005-04-25 21:58:26 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Usher | My Way | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMEMT | The Fugees | Ready Or Not | The Score | 222-005 |
| UMG Recordings, Inc. | Sublime | Wrong Way | Sublime | 224-105 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |

**Exhibit A**

## Doe #8 (72.19.122.162 2005-04-27 21:12:21 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| Warner Bros. Records Inc. | Green Day | Hold On | Warning | 288-352 |
| Warner Bros. Records Inc. | Green Day | Castaway | Warning | 288-352 |
| UMG Recordings, Inc. | Counting Crows | Angels of the Silences | Recovering The Satellites | 226-415 |

**Exhibit A**

## Doe #9 (128.119.104.146 2005-04-28 15:30:56 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sublime | April 29th 1992 (Leary) | Second Hand Smoke | 246-011 |
| Arista Records LLC | Outkast | ATLiens | Atliens | 233-296 |
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |
| SONY BMG MUSIC ENTERTAINMEMT | Incubus | Nice to Know You | Morning View | 306-181 |
| Arista Records LLC | Outkast | Jazzy Belle | Atliens | 233-296 |

**Exhibit A**

## Doe #10 (128.119.108.98 2005-04-28 15:39:06 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | No Doubt | Spiderwebs | Tragic Kingdom | 206-724 |
| Interscope Records | No Doubt | Ex-Girlfriend | Return Of Saturn | 279-727 |
| Elektra Entertainment Group Inc. | Tracy Chapman | The First Try | Telling Stories | 278-226 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |

**Exhibit A**

## Doe #11 (72.19.84.193 2005-04-28 16:33:43 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMEMT | Incubus | A Certain Shade of Green | SCIENCE | 249-690 |
| Warner Bros. Records Inc. | Van Halen | Eruption | Van Halen | 239 |
| UMG Recordings, Inc. | Elton John | Someone Saved My Life Tonight | Captain Fantastic | N26203 |
| Interscope Records | Dr. Dre | Let's Get High | 2001 | 277-983 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |

**Exhibit A**

## Doe #12 (72.19.82.193 2005-04-28 21:58:47 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 98 Degrees | Always You And I | Revelation | 270-025 |
| Arista Records LLC | Toni Braxton | Breathe Again | Toni Braxton | 208-619 |
| SONY BMG MUSIC ENTERTAINMEMT | Billy Joel | I Don't Want To Be Alone | Glass Houses | 17-630 |
| SONY BMG MUSIC ENTERTAINMEMT | Mariah Carey | Against All Odds | Rainbow | 276-595 |
| UMG Recordings, Inc. | 98 Degrees | The Way You Do | Revelation | 270-025 |

**Exhibit A**

## Doe #13 (72.19.97.202 2005-04-29 15:58:46 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| BMG Music | Dave Matthews Band | I Did It | Everyday | 300-313 |
| Priority Records LLC | Snoop Dogg | Set It Off | Tha Last Meal | 317-638 |
| Interscope Records | Eminem | Rock Bottom | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | Ludacris | Go To Sleep | Word of Mouf | 304-605 |

**Exhibit A**

## Doe #14 (72.19.86.213 2005-04-29 18:18:45 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |
| BMG Music | Alicia Keys | How Come You Don't Call Me | Songs in A Minor | 299-410 |
| BMG Music | Dave Matthews Band | Sleep To Dream Her | Everyday | 300-313 |
| SONY BMG MUSIC ENTERTAINMEMT | Journey | Still They Ride | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMEMT | Michael Jackson | You Rock My World | Invincible | 304-780 |

**Exhibit A**

## Doe #15 (72.19.119.148 2005-04-30 19:35:54 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | One More Night | No Jacket Required | 60-788 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| SONY BMG MUSIC ENTERTAINMEMT | Will Smith | Miami | Big Willie Style | 249-123 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |

**Exhibit A**

## Doe #16 (72.19.86.143 2005-05-03 00:56:32 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Beastie Boys | Sure Shot | Ill Communication | 213-461 |
| SONY BMG MUSIC ENTERTAINMEMT | Billy Joel | Captain Jack | Piano Man | N-12214 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| BMG Music | Eve 6 | Here's To The Night | Horrorscope | 285-024 |

**Exhibit A**

## Doe #17 (72.19.124.213 2005-05-03 12:41:41 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMEMT | Bruce Springsteen | I'm On Fire | Born In The U.S.A. | 55-647 |
| Priority Records LLC | NWA | Straight Outta Compton | Straight Outta Compton | 150-531 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |

**Exhibit A**

## Doe #18 (72.19.98.110 2005-05-05 00:03:55 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMEMT | Incubus | Stellar | Make Yourself | 278-818 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| Warner Bros. Records Inc. | Madonna | What It Feels Like For A Girl | Music | 285-828 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |

**Exhibit A**

**Doe #19 (128.119.106.242 2005-05-07 06:54:59 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Marshall Mathers | The Marshall Mathers LP | 287-944 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Interscope Records | Eminem | Role Model | The Slim Shady LP | 262-686 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |